

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

January 30, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/31/08

    Re:  Rosemary Brown v. Astrue
         07 Civ. 8631 (SHS) (THK)

Dear Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my preparation of defendant's response to the complaint, I identified several issues that required that I seek additional information from the Agency. Therefore, with the consent of plaintiff, I respectfully request a thirty-day extension of time from February 11, 2008, to March 12, 2008, to respond to the complaint.

    This is defendant's second request for an extension of time to respond to the complaint, as the answer was originally due on December 10, 2007.

    Thank you for your consideration of this request.

*[Handwritten: The response to the Complaint shall be filed by March 12, 2008. Any reply shall be filed by April 4, 2008. 1/31/08]*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

**SO ORDERED**

cc: Stephen M. Jackel, Esq. (By Fax)

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON  1/31/08