ORIGINAL

RECEIVED
FEB 18 2008
CHAMBERS OF
THEODORE H. KATZ
U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
ROSEMARY BROWN,                  :
                                 :
                Plaintiff,       :
                                 :
         - v. -                  :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 8631 (SHS)(THK)
Commissioner of                  :
Social Security,                 :
                                 :
                Defendant.       :
                                 :
- - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

COPIES MAILED
TO COUNSEL OF RECORD ON 2/21/08

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       February 12, 2008

                CHESTER & JACKEL, LLC
                Attorneys for Plaintiff

By: _____
STEPHEN M. JACKEL, ESQ.
277 Broadway, Suite 1010
New York, New York 10007
Telephone No.: (212) 393-1300

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: 2/21/08

_____
UNITED STATES DISTRICT JUDGE