**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ROSEMARY BROWN,

                    Plaintiff,

        -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.

-----------------------------------------------------------------X

07 **CIVIL** 8631 (SHS)(THK)

**JUDGMENT**

FEB 2 1 2008

Whereas the parties having stipulated that this action be remanded to the Commissioner of

Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings,

and the matter having come before the Honorable Theodore H. Katz, United States Magistrate Judge,

and the Court, on February 21, 2008, having rendered its Order directing the Clerk of the Court to

enter judgment remanding this matter to the Commissioner for further proceedings, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated February 21, 2008, this action is remanded to the Commissioner of Social

Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

**Dated:** New York, New York
        February 21, 2008

                      **J. MICHAEL McMAHON**

                        **Clerk of Court**

        **BY:**

                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____